J-A04032-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| KATHLEEN JAFFE AND BRUCE JAFFE, H/W | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | No. 2007 EDA 2019 |
| JOSEPH DELCASALE | : | |

Appeal from the Judgment Entered April 26, 2019
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  170800985

BEFORE:   PANELLA, P.J., STRASSBURGER, J.*, and COLINS, J.*

JUDGMENT ORDER BY COLINS, J.:                **FILED NOVEMBER 10, 2020**

Appellants, Kathleen and Bruce Jaffe, appeal from the judgment entered in the trial court following a jury trial in a personal injury action brought against Appellee, Joseph DelCasale.[1]  Appellants now seek, with the consent of Appellee, to discontinue their appeal.  We grant this request and discontinue the appeal.

Following the briefing of this appeal and the submission of this matter on briefs, Appellants and Appellee filed a stipulation indicating that the parties

_____

* Retired Senior Judge assigned to the Superior Court.

[1] Appellants purport to appeal from the May 3, 2019 order denying their post-trial motion.  However, an appeal properly lies from the entry of judgment. ***Johnston the Florist, Inc. v. TEDCO Construction Corp.***, 657 A.2d 511, 514 (Pa. Super. 1995).  Here, judgment was entered on April 26, 2019, and Appellants' notice of appeal was timely filed on May 9, 2019.  We have amended the caption accordingly.

had agreed to resolve the underlying dispute through binding arbitration and requested that this Court defer resolution of the matter until the conclusion of the arbitration process. On May 1, 2020, this Court entered a *per curiam* order staying the matter for six months and directing the parties to file a status report at the conclusion of this period.

On October 6, 2020, the parties filed a "Status Report/Stipulation," which we treat as an application for relief seeking the discontinuance of this appeal. **See** Pa.R.A.P. 1973(a), Note (providing that, once 14 days have elapsed from the filing of the appellee's brief, an appeal may be discontinued only by leave of the court upon application). In this filing, the parties stated that the arbitrator issued a ruling resolving this matter on September 23, 2020 and Appellee had already paid the arbitrator's damages award. The parties therefore requested that this Court mark Appellants' appeal as discontinued.

In light of the fact that the parties have resolved the underlying dispute through binding arbitration, we grant the application for discontinuance of the appeal.

Appeal discontinued.

Judgment Entered.

_____

Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/10/2020

- 2 -